USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/14/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **POPPITI,** | |
| Plaintiff, | **23-cv-03914 (ALC)** |
| -against- | **ORDER** |
| **RITE AID CORPORATION,** | |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

On October 25, 2023, Defendant Rite Aid Corporation filed a Bankruptcy Notice suggesting that the present proceedings are automatically stayed. ECF No. 13.

The parties are hereby **ORDERED** to submit a joint status report on the current status of this action by no later than **November 22, 2023**.

**SO ORDERED.**

Dated:   November 14, 2023
         New York, New York

*[signature]*

　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　**United States District Judge**