Case 1:23-cv-03914-ALC   Document 25   Filed 08/27/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _8/27/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POPPITI,<br><br>                    Plaintiff,<br><br>         -against-<br><br>RITE AID CORPORATION,<br><br>                    Defendant. | 23-cv-03914 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

As stated in the Suggestion of Bankruptcy filed in this case on October 25, 2023, the instant proceedings are automatically stayed during the pendency of the separate bankruptcy action. Therefore, the Court **DENIES** Defendant's motion to dismiss this action at ECF No. 10 without prejudice. The Clerk of the Court is also respectfully directed to terminate the motion and stay this case.

**SO ORDERED.**
**Dated:    August 27, 2024**
**          New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**